**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 1:11-cv-1534-AP**

**WILDERNESS WORKSHOP**,
**NATURAL RESOURCES DEFENSE COUNCIL**,
**THE WILDERNESS SOCIETY**, and
**SIERRA CLUB**

       Plaintiffs,

v.

**ALLEN CROCKETT**, in his official capacity as a representative of the Bureau of Land Management; and
the **BUREAU OF LAND MANAGEMENT**.

       Defendants,

   and

**WILLIAMS PRODUCTION RMT COMPANY, LLC,** and
**ANTERO RESOURCES PICEANCE CORPORATION**,

       Defendant-Intervenors.

---

## ORDER

Kane, J.

This matter is currently before me on the parties' Joint Motion to Amend Case Management Plan (doc. 34). Having reviewed the motion and finding good cause appearing, the motion is GRANTED. The Joint Case Management Plan shall be amended as follows:

    Deadline for Filing Administrative Record          February 24, 2012

| | |
|---|---|
| Deadline for Filing Motion to Complete and/or Supplement the Administrative Record, or for Discovery | March 26, 2012 |
| Plaintiffs' Opening Brief | March 30, 2012 |
| Defendants' and Defendant-Intervenors' Response Brief | May 14, 2012 |
| Plaintiffs' Reply Brief | June 11, 2012 |

Dated: February 2, 2012.				BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Court Judge