**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 1:11-cv-1534-AP**

**WILDERNESS WORKSHOP**,
**NATURAL RESOURCES DEFENSE COUNCIL**,
**THE WILDERNESS SOCIETY**, and
**SIERRA CLUB**

       Plaintiffs,

v.

**ALLEN CROCKETT**, in his official capacity as a representative of the Bureau of Land Management; and
the **BUREAU OF LAND MANAGEMENT**.

       Defendants,

   and

**WILLIAMS PRODUCTION RMT COMPANY, LLC,** and
**ANTERO RESOURCES PICEANCE CORPORATION**,

       Defendant-Intervenors.

---

**ORDER**

Kane, J.

This matter is currently before me on the parties' Proposed Modified Briefing Schedule (doc. 49). Having reviewed the proposed briefing schedule and finding it acceptable, the briefing schedule is adopted. The Joint Case Management Plan shall be amended as follows:

   Plaintiffs' Opening Brief                                  July 23, 2012

| | |
|---|---|
| Defendants' Response Brief | September 6, 2012 |
| Defendant-Intervenors' Response Brief | September 13, 2012 |
| Plaintiffs' Reply Brief | October 16, 2012 |

Dated: June 5, 2012.  BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Court Judge