**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 1:11-cv-1534-AP**

**WILDERNESS WORKSHOP,
NATURAL RESOURCES DEFENSE COUNCIL,
THE WILDERNESS SOCIETY**, and
**SIERRA CLUB**

       Plaintiffs,

v.

**ALLEN CROCKETT**, in his official capacity as a representative of the Bureau of Land Management; and
the **BUREAU OF LAND MANAGEMENT**.

       Defendants,

   and

**WILLIAMS PRODUCTION RMT COMPANY, LLC,** and
**ANTERO RESOURCES PICEANCE CORPORATION**,

       Defendant-Intervenors.

_____
## ORDER OF DISMISSAL WITH PREJUDICE

Kane, J.

      I hereby approve and enter the parties' Stipulated Settlement Agreement (Dkt. #99-1) and incorporate the terms of that Stipulated Settlement Agreement by reference in this Order. The unopposed motion to grant Plaintiffs' September 11, 2012 motion (Dkt. # 64) to amend the Complaint to include additional oil and gas projects listed and attached as Exhibit 1 to the Stipulated Settlement Agreement is hereby GRANTED.

      The unopposed motion to dismiss the case with prejudice pursuant to Federal Rule of

Civil Procedure 41(a)(2) is hereby GRANTED.  I retain jurisdiction over any action to enforce or interpret the terms of the Stipulated Settlement Agreement, subject to the limitations described in Paragraph 8 of the Agreement. Plaintiffs reserve all rights to challenge future BLM decisions, subject to the limitations described in Paragraphs 8 and 9 of the Agreement.

DATED:	August 6, 2013		BY THE COURT:

		*s/John L. Kane*
		John L. Kane, U.S. Senior District Judge